# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **CV 08-3972-ABC (JTL)** | Date | **January 14, 2009** |
|---|---|---|---|

| Title | **INGRID F. BENNETT v. MICHAEL J. ASTRUE** |
|---|---|

Present: The Honorable    Jennifer T. Lum, United States Magistrate Judge

| S. Anthony | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DEFENDANT'S FAILURE TO FILE AN ANSWER**

     Plaintiff filed a Proof of Service showing defendant was served on July 11, 2008. Defendant's Answer was due November 8, 2008. To date an answer has not been filed. Defendant is ORDERED to show cause why default should not be entered for failure to answer the Complaint in a timely fashion and file an Answer to the Complaint within seven (7) days of the date of this Order. In the event defendant fails to respond to this Order to Show Cause, the clerk will enter default and plaintiff may proceed to seek judgment pursuant to Federal Rules of Civil Procedure 55(a).

cc: Parties

                                                                                                          :

Initials of Deputy Clerk    sa