DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4712

TEL: 562/868-5886
FAX: 562/868-5491
E-MAIL: rohlfing_office@speakeasy.net

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Attorney for plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISON

| | |
|---|---|
| INGRID F. BENNETT,<br><br>　　　　Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER SOCIAL<br>SECURITY,<br><br>　　　　Defendant | Case No. CV 08-3972 (JTL)<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

DATED: January 16, 2009

_____
UNITED STATES MAGISTRATE JUDGE

-1-